IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JAMES EDWARD SURSSON, III, )
)
    Plaintiff, )
)
v. ) CV 106-096
)
COMMISSIONER OF SOCIAL )
SECURITY ADMINISTRATION, )
)
    Defendant. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 3rd day of August, 2007, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE